AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
District of Oregon

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| | ) | Case No. |
| ALEXIS CHAVEZ-FRANCO, | ) | 1:25-mj -00062-CL |
| | ) | |
| | ) | |
| | ) | |
| *Defendant(s)* | | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __March 5, 2025__ in the county of __Klamath__ in the _____ District of __Oregon__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 21 U.S.C. § 841(a)(1) | Possession of methamphetamine with intent to distribute the same |

This criminal complaint is based on these facts:

Please see attached affidavit of DEA Special Agent Morgan Barr.

☑ Continued on the attached sheet.

s/ Morgan Barr
*Complainant's signature*

Morgan Barr, Special Agent, DEA
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 3/14/25

*Judge's signature*

City and state: Medford, Oregon        MARK D. CLARKE, U.S. Magistrate Judge
*Printed name and title*